# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES D. SCHNELLER,

        Petitioner

        v.

ELIZABETH CAVANAUGH-KERR AND
MARJORIE ZITOMER,

        Respondents

:　No. 455 MAL 2016
:
:
:
:　Petition for Allowance of Appeal from
:　the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal, Application for Relief of Writ of Mandamus to the Trial Court, and Application for Relief of Peremptory Mandamus are DENIED.